UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>    *Plaintiff,*<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORD ADMINISTRATION, et al.,<br><br>    *Defendant.* | Civ. A. No. 22-2829 (CKK) |

### ORDER

Upon consideration of the Joint Motion for Extension of Stay and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that this case is stayed until September 18, 2023.

SO ORDERED.

June 5, 2023
Date

COLLEEN KOLLAR-KOTELLY
United States District Judge