# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br>    Plaintiff,<br>v.<br>NATIONAL ARCHIVES AND RECORD ADMINISTRATION, *et al.*,<br>    Defendants. | Civil Action No. 22-2829 (CKK) |

**ORDER**
(June 14, 2023)

In light of the parties' [13] Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is, this 14th day of June, 2023, hereby

**ORDERED** that the Freedom of Information Act action against Defendant National Archives and Record Administration is **DISMISSED with prejudice**.

**SO ORDERED.**

Dated: June 14, 2023

                                            /s/
                                       COLLEEN KOLLAR-KOTELLY
                                       United States District Judge