## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CARLOS DEL TORO,<br><br>　　　　Defendant. | Civil Action No. 22-2829 (CKK) |

## ORDER
(April 9, 2024)

On March 8, 2024, Plaintiff filed the Amended Complaint in this case seeking judicial review under the Administrative Procedure Act. Defendant filed an Answer to Plaintiff's Complaint on March 22, 2024. In light of this filing, it is, this 9th day of April, 2024, hereby

**ORDERED** that the parties in the above-captioned action shall meet and confer and file a joint notice proposing a schedule for proceeding in this matter. The schedule should set out dates for complying with Local Civil Rule 7(n), including requested dates for dispositive motions. The parties shall file the schedule no later than **MAY 3, 2024**.

　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　United States District Judge