UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE,

    Plaintiff,

v.

TERENCE EMMERT,
Secretary of the Navy,

    Defendant.

Civil Action No. 22-2829 (CKK)

**ORDER**
(February 25, 2025)

Upon consideration of Plaintiff's [37] Consent Motion for Leave to File Under Seal and for good cause shown, it is hereby

**ORDERED** that Plaintiff's [37] Motion is **GRANTED**; and it is further

**ORDERED** that the [37-2] Joint Appendix shall remain sealed until further order of this Court.

**SO ORDERED.**

/s/ Colleen Kollar-Kotelly
COLLEEN KOLLAR-KOTELLY
United States District Judge